PER CURIAM.

Archie Coates appeals the district court's [1] dismissal of his 42 U.S.C. § 1983 complaint. After careful review, we conclude that dismissal was proper. *See Choate v. Lockhart,* 7 F.3d 1370, 1373 & n. 1 (8th Cir.1993) (standards for reviewing district court's findings and conclusions after evidentiary hearing under 28 U.S.C. § 636(b)(1)(B)). Accordingly, we affirm the dismissal of Coates's complaint, but we modify it to be without prejudice as to defendant Mates. *See* Fed.R.Civ.P. 4(m) (providing for dismissal without prejudice as to unserved defendant).[2] We also deny as moot Coates's motion for appointment of counsel on appeal. *See* 8th Cir. R. 47B.

Paul L. Bowman, Algona, IA, pro se.

Gretchen M. Wolfinger, U.S. Department of Justice, Washington, DC, for Appellee.

Before: MELLOY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Paul Bowman appeals the tax court's [1] adverse grant of summary judgment. Having carefully reviewed the record and considered the arguments advanced by Bowman on appeal, we conclude summary judgment was proper. Accordingly, we affirm for the reasons set forth in the tax court's well-reasoned opinion. *See* 8th Cir. R. 47B.

**Paul L. BOWMAN, Appellant,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Appellee.**

No. 07–2789.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 1, 2008.

Filed: Aug. 7, 2008.

**Arven MALCOM, Jr., individually and as a class of one, Appellant,**

v.

**Charles A. WOOLDRIDGE, individually and in his official capacity as Treatment Case Worker/Counselor at the Nebraska Center for Children and**

---

1. The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the findings and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.

2. We also note that—to the extent any "John Doe defendants" remain in this lawsuit—they

were never served. *See Young v. Mt. Hawley Ins. Co.,* 864 F.2d 81, 83 (8th Cir.1988) (per curiam) (where only unserved defendants remain in action, judgment is final appealable order).

1. The Honorable Carolyn P. Chiechi, United States Tax Court Judge.